# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** 23-35294

**Case Name** State of Washington, et al v. FDA, et al

**Counsel submitting this form** Joshua Turner

**Represented party/parties** Idaho, Iowa, Montana, Nebraska, South Carolina, Texas, and Utah

*Briefly describe the dispute that gave rise to this lawsuit.*

In January 2023, the FDA took final agency action and approved a modified Risk Evaluation and Mitigation Strategy (REMS) for mifepristone. REMS are restrictions the FDA imposes on the marketing, prescription, and use of certain drugs. The FDA's final agency action caused the State of Washington and other States to sue the FDA, HHS, and two individuals in their official capacities on February 23, 2023. Washington brought claims under the APA, challenging the FDA's 2023 action regarding mifepristone's REMS. Washington's basic claim is that the FDA should have eliminated all of mifepristone's REMS rather than just eliminate mifepristone's in-person dispensing requirement.

On March 9, 2023, Washington and 17 other plaintiffs filed an amended complaint. On March 30, 2023, the States of Idaho, Iowa, Montana, Nebraska, South Carolina, Texas, and Utah filed a motion to intervene and attached a complaint in intervention. Intervenors challenged the very same FDA final agency action and brought the very same APA claims.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7** *Rev. 09/01/22*

1

*Briefly describe the result below and the main issues on appeal.*

On March 30, 2023, the States of Idaho, Iowa, Montana, Nebraska, South Carolina, Texas, and Utah filed a motion to intervene and attached a complaint in intervention. The Intervenors asserted the same APA claims as Washington and the 17 other plaintiffs. But the district court denied the motion to intervene. The court did not question the timeliness of the motion nor that Intervenors' interests would not be adequately represented by the existing parties. It instead held that the Intervenors' interest regarding the same FDA action based on the same APA claims was not sufficiently related to the pending lawsuit. It also held that resolution of the claims by the original plaintiffs would not affect the Intervenors' claims against the same defendants related to the same FDA action.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

The State of Washington's and the other plaintiffs' lawsuit remains pending. The district court entered a preliminary injunction in their favor. The FDA has not yet filed an answer to the amended complaint nor has it yet filed a notice of appeal regarding the preliminary injunction order.

**Signature** s/ Joshua Turner     **Date** 05/09/2023
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**                                                                                       *Rev. 09/01/22*