UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 12 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF WASHINGTON; et al., | No. 23-35294 |
| Plaintiffs - Appellees, | |
| v. | D.C. No. 1:23-cv-03026-TOR |
| U.S. FOOD & DRUG ADMINISTRATION; et al., | U.S. District Court for Eastern Washington, Yakima |
| Defendants - Appellees, | **ORDER** |
| v. | |
| STATE OF IDAHO; et al., | |
| Movants - Appellants. | |

This case is NOT SELECTED for inclusion in the Mediation Program.

Counsel may contact Circuit Mediator Steven J. Saltiel at

steven_saltiel@ca9.uscourts.gov to discuss services available through the Circuit

Mediation Program or to request a settlement assessment conference.

Information regarding the mediation program may be found at

**www.ca9.uscourts.gov/mediation.**

FOR THE COURT:

Catherine Lirio
Deputy Clerk

cl/mediation