UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 07 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF WASHINGTON; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>U.S. FOOD & DRUG ADMINISTRATION; et al.,<br><br>Defendants - Appellees,<br><br>v.<br><br>STATE OF IDAHO; et al.,<br><br>Movants - Appellants. | No. 23-35294<br><br>D.C. No. 1:23-cv-03026-TOR<br>U.S. District Court for Eastern Washington, Yakima<br><br>**MANDATE** |

The judgment of this Court, entered July 24, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT